CHRISTOPHER S. WALSH, Petitioner v. COMMISSIONER OF INTERNAL REVENUE, Respondent
Walsh v. Commissioner
Docket No. 36064-84
United States Tax Court
1987 U.S. Tax Ct. LEXIS 182; April 24, 1987
*182 STERRETT
DECISION
Pursuant to agreement of the parties in this case, it is ORDERED and DECIDED: That there are deficiencies in excise taxes due from the petitioner as follows: Taxable Year
Excise Tax Deficiency
Sect. 4975(a)
Sect. 4975(b)
1978
10.41
None
1979
135.41
None
1980
260.41
None
1981
385.41
None
1982
510.41
None
Chief Judge Samuel B. Sterrett
* * *
It is hereby stipulated that the Court may enter the foregoing decision in this case. It is further stipulated that, effective upon entry of this decision by the Court, petitioner waives the restrictions contained in section 6213(a) of the Internal Revenue Code of 1954 prohibiting assessment and collection of any deficiencies in taxes shown above in this decision, plus statutory interest, until the decision of the Tax Court has become final. WILLIAM F. NELSON Chief Counsel Internal Revenue Service (LN)